William Hayward, Respondent, v. William T. Spencer, Appellant.— Judgment and order affirmed, with costs. No opinion.

Benjamin Daniel, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Determination affirmed, with costs and disbursements, on the authority of *Busch* v. *Interborough R. T. Co.* (187 N. Y. 388), and judgment absolute ordered for plaintiff on defendant's stipulation.

Giuseppe Monaco, Respondent, v. John F. Lange, Appellant.— Judgment and order affirmed, with costs. No opinion.

Samuel M. Hitchcock, as Assignee, etc., of F. W. Hallam & Co., Respondent, v. Cafe Raub, Inc., Appellant.— Judgment affirmed, with costs. No opinion.

Harry P. Connor, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

Stanislaus Serszen, Appellant, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Order affirmed, with costs and disbursements. No opinion.

Frank L. Perley, Appellant, v. Lee Shubert, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amelia Salomon, Respondent, v. Joseph Salomon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Amelia Peters and Louise Peters, Respondents, v. William H. Peters and Others, Defendants. File No. 8821 (1911.) In the Matter of Asa Leroy Carter, Attorney for Plaintiffs, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary A. Fitzpatrick, Respondent, v. Anna H. Sims and Others, as Executors, etc., of Mary Adelaide Yerkes, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert J. Collier, Respondent, v. Postum Cereal Company, Ltd., Appellant.— Order modified as provided in order, and as modified affirmed, without costs. No opinion.

William Hutton, Appellant, v. Michael H. Gornston, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Victor Ochoa, Respondent, v. The Ridgway Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Abraham Jacobs, Appellant, v. George F. Slosson and Others, Doing Business as the American Art Association, Respondents.— Order modified as provided in order, and as modified affirmed, with ten dollars costs and disbursements to plaintiff. No opinion.